**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Kable Distribution Services, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   16 South Wesley Avenue
   Number    Street

   Mt. Morris                        IL      61054
   City                              State   ZIP Code

   Ogle County
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City          State    ZIP Code

Debtor  Kable Distribution Services, Inc.                          Case number (if known)_____
        Name

6. **Debtor's website** (URL)    www.kable.com

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

## Part 3:   Report About the Case

10. **Venue**

    Check one:

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 2

Debtor  Kable Distribution Services, Inc.  Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Lumina Media, LLC | trade | $ 270,806.66 |
| Active Interest Media | trade | $ 423,720.18 |
| KSE Sportsman Media, Inc. | trade | $ 1,632,517.07 |
| | Total of petitioners' claims | $ 2,327,043.91 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Lumina Media, LLC
Attn: Keith Walter, CEO
2030 Main Street, Suite 1400
Irvine, CA 92614

Name and mailing address of petitioner's representative, if any

**Attorneys**

Scott B. Kitei
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Contact phone 313-465-7524    Email skitei@honigman.com
Bar number 6283268
State Illinois

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/12/2017

X /s/ W Walter
Signature of petitioner or representative, including representative's title
Keith Walter

X /s/ Scott B. Kitei
Signature of attorney
Date signed January 13, 2017

Debtor  Kable Distribution Services, Inc.
_____
Name

Case number (if known)_____

---

**Name and mailing address of petitioner**
Active Interest Media
Attn: Brian Sellstrom, EVP, Treasurer and CFO
Name

5720 Flatiron Parkway
Number   Street

Boulder                CO           80301
City                   State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/10/2017
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title
Brian Sellstrom

Scott B. Kitei
Printed name

Honigman Miller Schwartz and Cohn LLP
Firm name, if any

2290 First National Bldg.
660 Woodward Avenue
Number   Street

Detroit                     MI          48226
City                        State       ZIP Code

Contact phone  313-465-7524    Email skitei@honigman.com

Bar number   6283268

State        Illinois

X /s/ Scott B. Kitei
Signature of attorney

Date signed   January 13, 2017
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City     State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Debtor __Kable Distribution Services, Inc._____  Case number (if known)_____
      Name

**Name and mailing address of petitioner**
KSE Sportsman Media, Inc. f/k/a InterMedia Outdoors, Inc.
Attn: Jeff Paro, President and CEO
Name

1040 Sixth Avenue, FL 12
Number  Street

New York                NY      10018
City                    State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 10 / 2017
            MM / DD / YYYY

X _____/s/ Jeffrey Paro_____
Signature of petitioner or representative, including representative's title
Jeffrey Paro

**Name and mailing address of petitioner**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Scott B. Kitei
Printed name

Honigman Miller Schwartz and Cohn LLP
Firm name, if any
2290 First National Bldg.
660 Woodward Avenue
Number  Street

Detroit                 MI      48226
City                    State   ZIP Code

Contact phone  313-465-7524   Email skitei@honigman.com

Bar number  6283268

State  Illinois

X  /s/ Scott B. Kitei
Signature of attorney

Date signed  January 13, 2017
             MM / DD / YYYY

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City    State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 5